

**Eastern District of Kentucky**
**FILED**
OCT 24 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:24-CR-67-REW
                                      18 U.S.C. § 751(a)

DEREK L. MCHARGUE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about October 11, 2024, in Clay County, in the Eastern District of Kentucky,

**DEREK L. MCHARGUE**

did knowingly escape from the custody of the Attorney General or his authorized representative, and from any institution or facility in which he was confined by direction of the Attorney General, by virtue of a conviction for a felony offense, specifically Cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B), all in violation of 18 U.S.C. § 751(a).

A TRUE BILL

███████████████

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years of supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.